IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

RICHARD E. CURRIE,

    Respondent.

CIVIL ACTION NO.: CV513-112

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Franklin Williams ("Williams") filed Objections. In his Objections, Williams states that he is factually innocent of the offenses for which he was convicted, he is suffering from a fundamental miscarriage of justice, and the savings clause (presumably contained in 28 U.S.C. § 2255(e)) is ineffective and inadequate to challenge the legality of his detention. Williams' Objections offer nothing more or different than what he stated in his initial filings.

Williams' Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams'

AO 72A
(Rev. 8/82)

petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. Williams' Motion for Summary Judgment is **DISMISSED** as moot. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____August_____, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA