IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

RICHARD E. CURRIE,

    Respondent.

CIVIL ACTION NO.: CV513-112

## ORDER

By Order dated September 4, 2014, the Court denied Petitioner's application to proceed in forma pauperis on appeal to the Eleventh Circuit Court of Appeals. Accordingly, Petitioner's Motion to Proceed in forma pauperis filed on September 16, 2014, is **dismissed** as moot.

**SO ORDERED**, this 24 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA